IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| HAZEL M. CAMPBELL | § | |
| | § | |
| V. | § | NO. 1:04-CV-130 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of Social Security | § | |
| Administration | § | |

## FINAL JUDGMENT

For reasons expressed in the accompanying memorandum order adopting the Report and Recommendation of the United States Magistrate Judge, it is

**ORDERED, ADJUDGED** and **DECREED** that Commissioner's decision is **REVERSED**. It is further

**ORDERED, ADJUDGED** and **DECREED** that this action is remanded to the Commissioner for further consideration to weigh treating physician opinion regarding plaintiff's inability to work on a regular and continuing basis in accordance with 20 C.F.R. §§ 404.1527(d), 416.927(d).

SIGNED this 27th day of April, 2005.

Howell Cobb
United Stated District Judge